LAW OFFICE OF GREGORY JAVARDIAN, LLC
By Mary F. Kennedy, Esquire
Attorney I.D. # 77149
1310 Industrial Blvd.
1st Floor, Suite 101
Southampton, PA 18966
(215) 942-9690
Attorney for Citizens Bank of Pennsylvania

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
Kevin Chug
aka Quyen Quang Chung
Debtor(s)

Chapter 13 Proceeding

No. 17-14965 AMC

**STIPULATION BY AND KEVIN CHUG AKA QUYEN QUANG CHUNG AND CITIZENS BANK OF PENNSYLVANIA**

WHEREAS, on July 24, 2017 Debtor filed the above referenced Chapter 13 Bankruptcy Petition;

WHEREAS, Debtor's Plan filed on July 24, 2017 proposes to avoid CCO Mortgage Corp's lien on the Debtor's property located at 2633 South Mildred Street, Philadelphia, PA 19148 (hereinafter "the property");

WHEREAS, Debtor bases his proposal to avoid CCO Mortgage Corp.'s lien on the value of the property;

WHEREAS, Citizens Bank of Pennsylvania has a second Mortgage on the property. The Mortgage is dated April 3, 2009 and was recorded in the Philadelphia County Recorder of Deeds Office on April 20, 2009 at instrument no. 52052443;

WHEREAS, as of the Bankruptcy filing date the total due Citizens Bank of Pennsylvania is $37,549.55;

{00459394} 1

WHEREAS, the first mortgagee, Roundpoint Mortgage, has an estimated secured Claim of $142,958.00;

WHEREAS, the property has a value of $125,000.00; and

WHEREAS, the parties wish to avoid the time and expense of an adversary action to determine the secured status of Citizens Bank, N.A.'s claim; and

WHEREAS, the parties hereto, and their respective counsel, have agreed as to the disposition of the Objection to Plan and stipulate and agree as follows:

1. The parties agree that the property has a value of $125,000.00.
2. The parties agree that the first mortgagee, Roundpoint Mortgage has an estimated secured claim of $142,958.00.
3. The parties agree that after the first mortgagee's Claim is taken into account there is no equity in the property.
4. Citizens Bank of Pennsylvania's claim is unsecured.
5. Within fifteen (15) days of the Court's approval of this Stipulation Citizens Bank of Pennsylvania shall file an unsecured Proof of Claim in the amount of $37,549.55.
6. Upon the completion the Plaintiff's Chapter 13 Plan payments and the entry of a discharge order, the cram down will be completed and Citizens Bank of Pennsylvania it's successors and/or assigns shall release its lien on the property. Said lien was recorded in the Philadelphia County Recorder of Deeds Office on April 20, 2009 at instrument no. 52052443.
7. Should the bankruptcy be dismissed for any reason whatsoever or should this case to converted to a Chapter 7 this Stipulation shall be null and void.

8. The parties agree that a facsimile may be submitted to the Court as if it were an original.

STIPULATED AND AGREED TO BY:

_____  Date: 10/30/2017
David M. Offen, Esquire
Attorney for Kevin Chug aka Quyen Quang Chung

_____  Date: 10/30/2017
Mary K. Kennedy, Esquire
Attorney for Citizens Bank of Pennsylvania

_____  Date 10-31-17
William C. Miller, Esquire  JACK MILLER
Chapter 13 Trustee
                         No objection

On this ___ day of _____, 2017, approved by the Court.

**Date: November 2, 2017**

_____
United States Bankruptcy Judge
Ashely M. Chan