# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-14965-AMC

KEVIN  CHUNG

2633 S MILDRED STREET

PHILADELPHIA, PA 19148-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  KEVIN  CHUNG

  2633 S MILDRED STREET

  PHILADELPHIA, PA 19148-

Counsel for debtor(s), by electronic notice only.

  DAVID OFFEN ESQUIRE
  601 WALNUT ST., SUITE 160 WEST

  PHILADELPHIA, PA 19106-

Date: 4/5/2018                              /S/ William C. Miller
                                                    William C. Miller, Esquire
                                                   Chapter 13 Standing Trustee