United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 17-14965-amc
Kevin Chung  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: Randi   Page 1 of 2   Date Rcvd: Aug 28, 2018
                      Form ID: pdf900   Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2018.
```
db             +Kevin Chung,    2633 S. Mildred Street,    Philadelphia, PA 19148-4532
13956128        Central Financial Control,    P.O. Box 66044,    Anaheim, CA 92816-6044
13962349       +Citizens Bank NA,    c/o Mary F. Kennedy, Esq.,    1310 Industrial Blvd., Ste. 101,
                 Southampton, PA 18966-4030
14012142       +Citizens Bank of Pennsylvania,    c/o Citizens Bank, N.A.,    10561 Telegraph Road,
                 Glen Allen, VA 23059-4577
13956131       +Eos Cca,    700 Longwater Dr,    Norwell, MA 02061-1624
13956132        Hahnemann University Hospital,    P.O. Box 741230,    Atlanta, GA 30384-1230
13956133       +Lam Oculofacial Plastic Surgery,    1602 Newport Gap Pike,    Wilmington, DE 19808-6208
13956134       +One Advantage LLC.,    P.O. Box 23920,    Belleville, IL 62223-0920
13956136       +PGW,    Credit and Collections Department,    800 W. Montgomery Avenue, 3rd Floor,
                 Philadelphia, PA 19122-2806
13956137        Phelan Hallinan, LLP,    One Penn Center Plaza,    1617 John F. Kennedy Blvd. Suite 1400,
                 Philadelphia, PA 19103-1814
14019534       +RoundPoint Mortgage Servicing Corporation,    5016 Parkway Plaza Blvd, Suite 200,
                 Charlotte, NC 28217-1930
13963767       +RoundPoint Mortgage Srving Corp.,    c/o Rebecca A. Solarz, Esq.,    KML Law Group PC,
                 701 Market St., Ste. 5000,    Phila., PA 19106-1541
13956138       +Roundpoint Mortgage,    5032 Parkway Plaza Blvd,    Charlotte, NC 28217-1934
13956141      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor credit Corp,    Po Box 8026,    Cedar Rapids, IA 52408)
13956142       +Traf Group Inc/A-1 Collections,    2297 St Hwy 33,    Ste 906,    Hamilton Square, NJ 08690-1717
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Aug 29 2018 01:46:06     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 29 2018 01:45:45
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 29 2018 01:45:58     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13956127        Fax: 888-777-2057 Aug 29 2018 02:00:14     Cco Mortgage Corp.,    10561 Telegraph Rd,
                 Glen Allen, VA 23059
14037879        E-mail/Text: megan.harper@phila.gov Aug 29 2018 01:46:05     City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA 19102-1595
13956126       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 29 2018 01:50:12     Capital One,
                 Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
13956130        E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 29 2018 01:46:12
                 Credit Collection Services,    Payment Processing Center,    P.O. Box 55126,
                 Boston, MA 02205-5126
14007133       +E-mail/Text: bankruptcygroup@peco-energy.com Aug 29 2018 01:45:38     PECO Energy Company,
                 2301 Market Street,    S4-1,    Philadelphia, PA 19103-1380
13989885        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2018 01:50:25
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13956135       +E-mail/Text: bankruptcygroup@peco-energy.com Aug 29 2018 01:45:38     Peco Energy,
                 2301 Market Street,    Philadelphia, PA 19103-1380
13956139       +E-mail/Text: bankruptcy@sw-credit.com Aug 29 2018 01:45:50     Southwest Credit Systems,
                 4120 International Parkway Ste 1100,    Carrollton, TX 75007-1958
13956140        E-mail/Text: bankruptcy@td.com Aug 29 2018 01:45:52     TD Bank, N.A.,    Attn: Bankruptcy,
                 32 Chestnut St,    Lewiston, ME 04243
13956143        E-mail/Text: megan.harper@phila.gov Aug 29 2018 01:46:05     Water Revenue Bureau,
                 1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 13
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13956129*       Central Financial Control,    P.O. Box 66044,    Anaheim, CA 92816-6044
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: Randi              Page 2 of 2                    Date Rcvd: Aug 28, 2018
                              Form ID: pdf900          Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2018 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Kevin   Chung dmo160west@gmail.com,   davidoffenecf@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    Roundpoint Mortgage Servicing Corporation
               bkgroup@kmllawgroup.com
              MARY F. KENNEDY    on behalf of Creditor    Citizens Bank of Pennsylvania mary@javardianlaw.com,
               tami@javardianlaw.com
              MARY F. KENNEDY    on behalf of Creditor    Citizens Bank, N.A. f/k/a RBS Citizens, N.A.
               mary@javardianlaw.com,   tami@javardianlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Roundpoint Mortgage Servicing Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

```
IN RE:                          :    Chapter 13
                                :
 Kevin Chung                    :    No. 17-14965-AMC
                                :
         Debtor                 :
```

**ORDER**

Upon consideration of the Application for Compensation and Reimbursement of Expenses for David M. Offen, Esquire, counsel for Debtor (the "Application"), and upon Counsel for Debtor request to retain jurisdiction at the motion to Dismiss hearing on June 12, 2018, IT IS ORDERED THAT:

1. The case is dismissed.

2. Pursuant to 11 U.S.C.349(b)(3), the undistributed, pre confirmation Chapter 13 Plan payments held by the Chapter 13 Trustee shall not revest in the Debtor or any other entity pending further order of this court.

3. A hearing shall be held on **September 18**, 2018 at **11:00 a.m.** in Bankruptcy Courtroom No. **4** ~~x~~, United States Court House, 900 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who assets an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. 503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for Debtor shall serve a copy of this Order on all creditors and interested parties and file Certification of Service on or before **September 10, 2018**.

**Date: August 28, 2018**

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

cc: William C. Miller, Trustee

David M. Offen, Esquire

Kevin Chung